NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent,*

*v.*

JOHN EDWARD LOFTON, JR., *Petitioner.*

No. 1 CA-CR 23-0269 PRPC

FILED 11-02-2023

Petition for Review from the Superior Court in Maricopa County
No.  CR 1987-009127
The Honorable Ronee Korbin Steiner, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Faith Cheree Klepper
*Counsel for Respondent*

The Stavis Law Firm, PLLC, Scottsdale
By Christopher Stavris
*Counsel for Petitioner*

**MEMORANDUM DECISION**

Presiding Judge David D. Weinzweig, Judge Michael S. Catlett, and Judge
Maria Elena Cruz delivered the decision of the Court.

**PER CURIAM**:

¶1          Petitioner John Edward Lofton, Jr. seeks review of the superior court's order denying his petition for post-conviction relief. This is petitioner's fourth successive petition.

¶2          Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19 (2012). It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, 538, ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

¶3          We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review. We find that petitioner has not established an abuse of discretion.

¶4          We grant review and deny relief.



AMY M. WOOD • Clerk of the Court
FILED:     TM